AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Michael Daniele<br><br>*Defendant* | Case: 1:23-mj-00042<br>Assigned To : Upadhyaya, Moxila A.<br>Assign. Date : 2/22/2023<br>Description: Complaint W/ Arrest Warrant |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____Michael Daniele_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3)- Civil Disorder
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date: 02/22/2023

*Issuing officer's signature*

Digitally signed by Moxila A. Upadhyaya
Date: 2023.02.22 16:55:31 -05'00'

City and state:  Washington, D.C.   MOXILA A. UPADHYAYA , U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/22/23, and the person was arrested on *(date)* 2/23/23
at *(city and state)* Morganville, NJ.

Date: 2/23/23

*Arresting officer's signature*

SA Andrew Semmel
*Printed name and title*