IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CASE NO.: 1:23MJ-00042

UNITED STATES OF AMERICA,

vs.

MICHAEL DANIELE,

      Defendant.

_____/

**MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to Local Rule 83.2(d), Defendant moves for the admission and appearance of attorney Stuart N. Kaplan pro hac vice in the above entitled action. This motion is supported by the Declaration of Stuart N. Kaplan, filed herewith. As set forth in Mr. Kaplan's declaration, he is admitted and an active member in good standing in the following courts and bars: State of New York Bar, State of Florida Bar, Southern District of New York, Eastern District of New York, Northern District, Middle District and Southern District of Florida, and Eleventh Circuit Court of Appeals. This motion is supported and signed by Robert Corn-Revere, an active and sponsoring member of the Bar of this Court.

Dated this 1st day of March, 2023.

      Respectfully Submitted

      */s/ Robert Corn-Revere*
      _____
      ROBERT CORN-REVERE, ESQUIRE
      Washington DC Bar No: 375415
      Davis, Wright, Tremaine, LLP
      1302 K Street, Northwest
      Suite 500 East
      Washington, DC 20005
      bobcornervere@dwt.com