IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CASE NO.: 1:23-MJ-00042

UNITED STATES OF AMERICA,

vs.

MICHAEL DANIELE,

    Defendant.
_____/

## NOTICE OF APPEARANCE

THE UNDERSIGNED COUNSEL hereby enters his Notice of Appearance as Counsel of Record for the Defendant in the above-styled cause and would request the Clerk of Court to furnish any paperwork in this case to the undersigned.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk via the CM/ECF and an electronic notification was sent via email to Sarah C. Martin, Assistant United States Attorney, U.S. Attorney's Office for the District of Columbia, 601 D Street Northwest Washington, D.C. 20001 this 8th day of March, 2023.

        STUART N. KAPLAN, P.A.
        PGA Financial Plaza
        3399 PGA Boulevard, Suite 150
        Palm Beach Gardens, Florida 33410
        Telephone: (561) 296-7900
        Facsimile: (561) 296-7919
        By: /s/ *Stuart N. Kaplan*
        Stuart N. Kaplan, ESQUIRE
        Florida Bar No.: 647934
        Email: skaplan@stuartnkaplanpa.com
        Secondary Email: rbailey@stuartnkaplanpa.com